# MINIMUM / MAXIMUM PENALTY FORM

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Antonio Dontrail Johnson

Case Number: 5:26-cr- 20-SCR

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| | | | |
| 1, 2 | Dist Fentanyl, 21 USC 841(a)(1), (b)(1)(B) | Y | Minimum of five years imprisonment up to a maximum of forty years, 5 million dollar fine, or both, at least 4 years of supervised release |
| 3 | PWID Fentanyl, 21 USC 841(a)(1), (b)(1)(B) | Y | Minimum of five years imprisonment up to a maximum of forty years, 5 million dollar fine, or both, at least 4 years of supervised release |
| 4 | PWID Fentanyl, 21 USC 841(a)(1), (b)(1)(A) | Y | Minimum of 10 years imprisonment up to a maximum of life, 10 million dollar fine, or both, at least 5 years of supervised release |
| 5 | Possession of Firearm in Furtherance in violation of 18 USC § 924(c) | Y | mandatory minimum term of 5 years imprisonment (consecutive to the sentence on any other Count), maximum term of life imprisonment, maximum fine of $250,000, and no more than 5 years of supervised release. |
| 6 | Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1) | N | Maximum term of 15 years imprisonment, maximum fine of $250,000, and maximum of 3 years of supervised release. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| IS THE DEFENDANT AN ARMED CAREER CRIMINAL?<br>* For 922(g) cases only | ☐ YES | ☒ NO |
| HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?<br>* For drug cases only | ☐ YES | ☒ NO |
| DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?<br>* 18 U.S.C. 924(C) ONLY | ☐ YES | ☒ NO |
| IF YES | ☐ BRANDISH | |
| | ☐ DISCHARGE | |